IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: DISPOSAL OF PERSONAL PROPERTY | ) ) ) ) | MISC CASE NO.: MC118-0015 |

ORDER

The Court has considered the Guide to Judiciary Policy, Vol. 16, Ch. 5, and specifically Section 580.00 through Section 580.70 thereof. The Court has attended an inspection of property presently stored in a room designated for such purposes within the Augusta United States Courthouse (basement), along with the Supervising Deputy Clerk and the Supervising Probation Officer of the Augusta Division. It appears that there are a number of articles stored in the basement areas which comprise excess property and which have nominal or no value to the government because they are obsolete, broken, or damaged to the extent that repairs would exceed any realistic expectation of value. It appears further that these items have no utility to the government, nor do they have any intrinsic value as antique furniture or desirability for use in other branches of government.

Pursuant to Section 580.20 aforementioned, **IT IS HEREBY ORDERED** that the Supervising Deputy Clerk of the Augusta Division is hereby designated as disposal officer and shall submit to the

Court a list of items to be disposed of "by determination," which list shall, to the extent practicable, contain any and all inventory numbers previously assigned to such property by the Clerk, the Department of Computer Services, or the United States Probation Office. Together with such lists the disposal officer shall provide photographs of such property.

After submission of the list aforementioned and approval by the Court, the items contained in such list may be abandoned, destroyed, recycled, or given to any non-profit organization which may have an interest therein.

**IT IS FURTHER ORDERED** that government funds shall not be utilized in the further movement of any items to be disposed of hereunder and that any necessary movement of articles shall be accomplished by the entity desiring to acquire them.

**ORDER ENTERED** this 17th day of October, 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA